THE STATE OF OHIO, APPELLEE, v. SMITH, APPELLANT.

[Cite as *State v. Smith*, 99 Ohio St.3d 143, 2003-Ohio-2772.]

(Nos. 2002–1582 and 2002–1645—Submitted
May 14, 2003—Decided June 11, 2003.)

———————

{¶ 1} The judgment of the court of appeals on the sole proposition of law, which reflects the certified issue, is affirmed on the authority of *State v. Fisher*, 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

———————

William D. Mason, Cuyahoga County Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Kathy L. Moore, Assistant Public Defender, for appellant.